UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CHRISTOPHER C JONHSON,<br><br>                 Plaintiff,<br>v.<br><br>CAPITAL ONE BANK USA NA,<br><br>                 Defendant. | Case No. 3:23-cv-05663-BHS<br><br>ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |

Plaintiff's application to proceed *in forma pauperis* (Dkt. 1) is GRANTED. Plaintiff does not appear to have funds available to afford the $402.00 Court filing fee.

Dated this 10th day of August, 2023.

*Theresa L. Fricke*
Theresa L. Fricke
United States Magistrate Judge

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 1

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 2