UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER C. JOHNSON
Plaintiff,
v.
CAPITAL ONE USA, N.A.
Defendant

CASE NO. 3:23-cv-05663-BHS

Complaint for a civil case

Jury Trial: ☒ Yes   ☐ No

## INTRODUCTION

1. This is a civil action for actual, statutory damages and cost brought by Christopher C. Johnson, ("Plaintiff") an individual consumer, against defendant, Capital One USA, NA. ("Capital One") for violations of the Fair Credit Reporting Act, 15 U.S.C § 1681 et seq. (hereinafter "FCRA").

## BASIS OF JURISDICTION

2. Jurisdiction of this court arises under 15 U.S.C. § 1681p and 28 U. S. C § 1331.Venue is proper in this judicial district pursuant to 28 U.S.C. 1391(b)(1) and 28 U.S.C. § 1391(b)(2) because a substantial part of the events, omissions, or conduct giving rise to Plaintiff claim

1 | occurred in this judicial district. Defendant Capital One USA, NA transact business in Puyallup,

2 | WA, Pierce County, Washington.

3

4 |     3. The Court has supplemental jurisdiction of any state law claims pursuant to 28 U.S.C.

5 | §1367.

6

7

8 | **PARTIES**

9

10 |     4. Plaintiff, Christopher C. Johnson is a natural person and consumer as defined by 15

11 | U.S.C. § 1681a(c), residing Puyallup, WA.

12

13 |     5. Upon information and belief, Defendant Capital one is a "person" defined by 15

14 | U.S.C. § 1681a(b).

15

16 |     6. Capital One USA, NA is a foreign company doing business at all relevant times in the

17 | State of Washington that may be served with process by serving its corporate address for service

18 | of process at 1680 Capital One Drive, Mclean, VA 22102-3407 which service is hereby

19 | requested.

20

21

22 | **FACTUAL ALLEGATIONS**

23

24

COMPLAINT FOR A CIVIL CASE - 2

7. On around February 2023, the plaintiff checked his credit report and observed inaccurate and incomplete information for Capital One accounts, 517805xxxxxx, 480213xxxxxxxxxx, and 517805xxxxxxxxxx reporting on his Experian report.

8. Plaintiff made disputes for inaccurate/incomplete payment history/balance history for the accounts mentioned above thorough the consumer reporting agency Experian.

9. Experian then forwarded the dispute and all relevant information to Defendant Capital One.

10. The results came back verified on 3/3/2023 Experian report#1189-4699-13 and the information remains blatantly inaccurate and incomplete. See Exhibit A for 517805xxxxxx, Exhibit B for 480213xxxxxxxxxx, and Exhibit C for 517805xxxxxxxxxx.

11. Upon information and belief, Capital One did not conduct a reasonable investigation under the Fair Credit Reporting Act after receiving disputes from the Plaintiff through the consumer reporting agency Experian.

12.  Capital One verified inaccurate and incomplete information as being correct with the Consumer reporting agency Experian without conducting no investigation because disputed items remained blatantly inaccurate and incomplete.

13. Capital One actions were willful because Plaintiff has disputed the same account information through other Consumer reporting agencies multiple times and Capital One has

1 | repeatedly continued to fail to correctly modify, block or delete the accounts mentioned as

2 | required under the Fair Credit Reporting Act.

3

4

5 | *Plaintiffs' Actual damages as a result of Capital One NA Actions*

6

7 | 14. As a result, Plaintiffs creditworthiness is negatively impacted because the credit

8 | reporting from Capital One is materially misleading and is being interpreted incorrectly.

9

10 | 15.The inaccurate, incomplete, misleading reporting from Capital One has forced the

11 | Plaintiff to deal with emotional distress, fear, sleeplessness, anxiety, and loss of time.

12

13 | 16. Plaintiff's credit report was disseminated multiple times, resulting in Plaintiff being

14 | denied credit by USAA Bank on or about 6/21/2023.

15

16

17 | **COUNT 1 VIOLATION OF THE FAIR CREDIT REPORTING ACT**

18 | **15 U.S.C § 1681s-2(b)(1)(A) DEFENDANT CAPITAL ONE**

19

20 | 17. All preceding paragraphs are realleged.

21

22 | 18. Furnishers of credit information have a duty under the Fair Credit Reporting Act to

23 | investigate disputes sent to them through a consumer reporting agency from a consumer

24 | regarding the completeness and accuracy of an account.

COMPLAINT FOR A CIVIL CASE - 4

1

2      19. Furnishers must conduct an investigation with respect to the disputed information

3   pursuant to 15 U.S.C § 1681s-2(b)(1)(A).

4

5      20. Capital One repeatedly has failed to conduct an investigation of the Plaintiffs

6   disputes. Capital One knew or should have known that they were furnishing incomplete,

7   inaccurate, Payment/balance history information because they received various disputes bringing

8   attention to this inaccurate and incomplete information.

9

10     21. After conducting no investigation or failing to conduct a reasonable investigation,

11  Capital Ones actions violated 15 U.S.C § 1681s-2(b)(1)(A) and renders Capital One liable for

12  actual, statutory, and punitive damages and cost under 15 U.S.C § 1681n. Capital Ones negligent

13  actions entitles plaintiff to recovery under 15 U.S.C § 1681o as well.

14

15          **COUNT II VIOLATION OF THE FAIR CREDIT REPORTING ACT**

16             **15 U.S.C § 1681s-2(b)(1)(B) DEFENDANT CAPITAL ONE**

17

18     22. All preceding paragraphs are realleged.

19

20     23. Furnishers of credit information have a duty under the Fair Credit Reporting Act to

21  investigate disputes sent to them through a consumer reporting agency from a consumer

22  regarding the completeness and accuracy of an account.

23

24

1    24. Furnishers must review all relevant information provided by the consumer reporting

2    agency pursuant to 15 U.S.C § 1681s-2(b)(1)(B).

3

4    25. Capital One has failed to review all relevant information provided by the consumer

5    reporting agency resulting in continued inaccurate and incomplete reporting to the plaintiff's

6    consumer report.

7

8    26. Capital Ones actions violated 15 U.S.C § 1681s-2(b)(1)(B) and renders Capital One

9    liable for actual, statutory, and punitive damages and cost under 15 U.S.C § 1681n. Capital Ones

10   negligent actions entitles plaintiff to recovery under 15 U.S.C § 1681o as well.

11

12

13   **COUNT III VIOLATION OF THE FAIR CREDIT REPORTING ACT**

14   **15 U.S.C § 1681s-2(b)(1)(C) DEFENDANT CAPITAL ONE**

15

16   27. All preceding paragraphs are realleged

17

18   28. Furnishers of credit information have a duty under the Fair Credit Reporting Act to

19   investigate disputes sent to them through a consumer reporting agency from a consumer

20   regarding the completeness and accuracy of an account.

21

22   29. Furnishers must report the results of the investigation to the consumer reporting

23   agency pursuant to 15 U.S.C § 1681s-2(b)(1)(C).

24

30. Capital One has failed to report results to the consumer reporting agency because inaccurate and incomplete items disputed by the Plaintiff remain unchanged. Capital One continues to report misleading dispute statuses of "account previously in dispute-investigation complete."

31. Capital One either conducted no investigation or an unreasonable investigation because disputed items remain inaccurate and incomplete therefore would be unable to report results of an investigation they did not conduct or complete to the consumer reporting agencies.

32. Capital Ones actions violated 15 U.S.C § 1681s-2(b)(1)(C) and renders Capital One liable for actual, statutory, and punitive damages and cost under 15 U.S.C § 1681n. Capital Ones negligent actions entitles plaintiff to recovery under 15 U.S.C § 1681o as well.

## COUNT IV VIOLATION OF THE FAIR CREDIT REPORTING ACT
## 15 U.S.C § 1681s-2(b)(1)(D) DEFENDANT CAPITAL ONE

33. All preceding paragraphs are realleged

34. Furnishers of credit information have a duty under the Fair Credit Reporting Act to investigate disputes sent to them through a consumer reporting agency from a consumer regarding the completeness and accuracy of an account.

35. Furnishers must report results of an investigation to all Consumer reporting agencies to which they furnished the information and that compile and maintain files on the Plaintiff on a

COMPLAINT FOR A CIVIL CASE - 7

1   nationwide basis if the investigation finds the information is incomplete or inaccurate pursuant to

2   15 U.S.C § 1681s-2(b)(1)(D).

3

4       36. Capital One failed to conduct an investigation or a reasonable investigation therefore

5   did not report the results of inaccurate and incomplete information it furnished to all consumer

6   reporting agencies pursuant to 15 U.S.C § 1681s-2(b)(1)(D).

7

8       37. Capital Ones actions violated 15 U.S.C § 1681s-2(b)(1)(D) and renders Capital One

9   liable for actual, statutory, and punitive damages and cost under 15 U.S.C § 1681n. Capital Ones

10  negligent actions entitles plaintiff to recovery under 15 U.S.C § 1681o as well.

11

12

13          **COUNT V VIOLATION OF THE FAIR CREDIT REPORTING ACT**

14          **15 U.S.C § 1681s-2(b)(1)(E) DEFENDANT CAPITAL ONE**

15

16      38. All preceding paragraphs are realleged.

17

18      39. Furnishers of credit information have a duty under the Fair Credit Reporting Act to

19  investigate disputes sent to them through a consumer reporting agency from a consumer

20  regarding the completeness and accuracy of an account.

21

22      40. Pursuant to 15 U.S.C § 1681s-2(b)(1)(E), if an item of information disputed by a

23  consumer is found to be inaccurate, incomplete or cannot be verified after any reinvestigation,

24  for purposes of reporting to a consumer reporting agency only, as appropriate, based on the

COMPLAINT FOR A CIVIL CASE - 8

1   results of the reinvestigation promptly modify the information, delete the information, or

2   permanently block the reporting of that item of information.

3

4       41. Capital One failed to conduct an investigation or conducted an unreasonable

5   investigation resulting in Capital Ones verification of inaccurate and incomplete disputed items

6   on the Plaintiffs consumer report.

7

8       42. Capital One willful actions resulted in the failure to either correctly modify the items

9   of information disputed, delete disputes items, or permanently block the reporting of the items of

10  information disputed.

11

12      43. Capital Ones actions violated 15 U.S.C § 1681s-2(b)(1)(E) and renders Capital One

13  liable for actual, statutory, and punitive damages and cost under 15 U.S.C § 1681n. Capital Ones

14  negligent actions entitles plaintiff to recovery under 15 U.S.C § 1681o as well.

15

16

17

18

19

20  **<u>JURY DEMAND AND PRAYER FOR RELIEF</u>**

21

22      Wherefore, Plaintiff Christopher C. Johnson, respectfully demands a jury trial and

23  request that judgment be entered in favor or the Plaintiff against the Defendants for:

24

COMPLAINT FOR A CIVIL CASE - 9

Actual statutory, and punitive damages cost and fees pursuant to 15 U.S.C § 1681n and 15 U.S.C § 1681o.

## CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Christopher C. Johnson
5613 121st Street Court E #1
Puyallup, WA
206-331-2202
Cejay80@gmail.com
7-23-2023

COMPLAINT FOR A CIVIL CASE - 10

Address            PO BOX 31293,            *Exhibit A*
                   SALT LAKE CITY UT 84131

                                            *BEFore*

 **Comment**

**Current:**

Account previously in dispute - investigation complete, reported by
data furnisher

Account closed at credit grantor's request.

**Previous:**

Account previously in dispute - investigation complete, reported by
data furnisher

Dec 2022 to Jan 2023, Jan 2022 to Oct 2022

 **Reinvestigation Info**

This item was updated from our processing of your dispute in Feb
2023.

    **Before your dispute**

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | **CAPITAL ONE** | Balance | **$1,265** |
| Account Number | **517805XXXXXXXXXX** | Balance Updated | **01/22/2023** |
| Account Type | **Credit card** | Recent Payment | **$0** |
| Responsibility | **Individual** | Monthly Payment | **$0** |
| Date Opened | **02/07/2020** | Original Balance | **$500** |
| Status | **Account charged off. $1,265 written off. $1,265 past due as of Jan 2023.** | Highest Balance | **$1,265** |
| | | Terms | **-** |
| Status Updated | **11/2022** | On Record Until | **Feb 2029** |

[$] **Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CO | — | — | — | — | — | — | — | — | — | — | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | CO | CO |

*Exhibit B*    Experian

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | | |

**Payment history guide**

Charge Off as of Jan 2023, Dec 2022, Nov 2022

150 days past due as of Oct 2022

120 days past due as of Sep 2022

90 days past due as of Aug 2022

60 days past due as of Jul 2022

30 days past due as of Jun 2022

**Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Dec 2022 | $1,265 | $0 | $0 on 4/13/2022 |
| Oct 2022 | $1,236 | $41 | $0 on 4/13/2022 |
| Sep 2022 | $1,206 | $38 | $0 on 4/13/2022 |
| Aug 2022 | $1,180 | $38 | $0 on 4/13/2022 |
| Jul 2022 | $1,153 | $75 | $0 on 4/13/2022 |
| Jun 2022 | $1,089 | $72 | $0 on 4/13/2022 |
| May 2022 | $1,027 | $57 | $0 on 4/13/2022 |
| Apr 2022 | $981 | $25 | $0 on 4/13/2022 |
| Mar 2022 | $545 | $41 | $0 on 2/7/2022 |
| Feb 2022 | $485 | $25 | $0 on 2/7/2022 |
| Jan 2022 | $256 | $0 | $0 on 12/30/2021 |
| Nov 2021 | $477 | $25 | $0 on 11/15/2021 |
| Oct 2021 | $464 | $25 | $0 on 10/18/2021 |
| Sep 2021 | $459 | $25 | $0 on 9/16/2021 |

*Handwritten annotations: "Inaccurate", "Paid But Reporting $0!!", "Where IS DEC?", "2021 Incomplete"*

*Before*

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| Aug 2021 | $506 | $25 | $0 on 8/9/2021 |
| Jul 2021 | $500 | $25 | $0 on 7/12/2021 |
| Jun 2021 | $336 | $25 | $0 on 6/11/2021 |
| May 2021 | $106 | $25 | $0 on 5/17/2021 |
| Apr 2021 | $0 | $0 | $0 on 3/11/2021 |
| Mar 2021 | $0 | $0 | $0 on 3/11/2021 |
| Feb 2021 | $37 | $25 | $0 on 2/15/2021 |

*paid
Inaccurate
Info?
See →
Payment
History
Chang*

### Additional info

Between Feb 2021 and Dec 2022, your credit limit/high balance was $500



### Contact Info

Address              PO BOX 31293,
                      SALT LAKE CITY UT 84131

### Comment

#### Current:

Account previously in dispute - investigation complete, reported by
data furnisher

Account closed at credit grantor's request.

#### Previous:

Account previously in dispute - investigation complete, reported by
data furnisher

Dec 2022, Jan 2022 to Oct 2022



### Reinvestigation Info

This item was updated from our processing of your dispute in Feb
2022.

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

You can contact CAPITAL ONE at PO BOX 31293, SALT LAKE CITY , UT 84131 or (800) 955-7070

 **After your dispute**

### Account Info

| | | | |
|---|---|---|---|
| Account Name | **CAPITAL ONE** | Balance | **$1,265** |
| Account Number | **517805XXXXXXXXXX** | Balance Updated | **02/17/2023** |
| Account Type | **Credit card** | Recent Payment | **$0** |
| Responsibility | **Individual** | Monthly Payment | **$0** |
| Date Opened | **02/07/2020** | Original Balance | **$500** |
| Status | **Account charged off. $1,265 written off. $1,265 past due as of Feb 2023.** | Highest Balance | **$1,265** |
| | | Terms | **-** |
| Status Updated | **11/2022** | On Record Until | **Feb 2029** |

### Payment History

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | **CO** | **CO** | — | — | — | — | — | — | — | — | — | — |
| 2022 | ✓ | ✓ | ✓ | ✓ | ✓ | **30** | **60** | **90** | **120** | **150** | **CO** | **CO** |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | — | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | | |

**Payment history guide**

Charge Off as of Feb 2023, Jan 2023, Dec 2022, Nov 2022

150 days past due as of Oct 2022

120 days past due as of Sep 2022

90 days past due as of Aug 2022

60 days past due as of Jul 2022

30 days past due as of Jun 2022

 **Balance Histories**

*After*

| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jan 2023** | $1,265 | $0 | $0 on 4/13/2022 |
| **Dec 2022** | $1,265 | $0 | $0 on 4/13/2022 |
| **Oct 2022** | $1,236 | $41 | $0 on 4/13/2022 |
| **Sep 2022** | $1,206 | $38 | $0 on 4/13/2022 |
| **Aug 2022** | $1,180 | $38 | $0 on 4/13/2022 |
| **Jul 2022** | $1,153 | $75 | $0 on 4/13/2022 |
| **Jun 2022** | $1,089 | $72 | $0 on 4/13/2022 |
| **May 2022** | $1,027 | $57 | $0 on 4/13/2022 |
| **Apr 2022** | $981 | $25 | $0 on 4/13/2022 |
| **Mar 2022** | $545 | $41 | $0 on 2/7/2022 |
| **Feb 2022** | $485 | $25 | $0 on 2/7/2022 |
| **Jan 2022** | $256 | $0 | $0 on 12/30/2021 |
| **Nov 2021** | $477 | $25 | $0 on 11/15/2021 |
| **Oct 2021** | $464 | $25 | $0 on 10/18/2021 |
| **Sep 2021** | $459 | $25 | $0 on 9/16/2021 |
| **Aug 2021** | $506 | $25 | $0 on 8/9/2021 |
| **Jul 2021** | $500 | $25 | $0 on 7/12/2021 |
| **Jun 2021** | $336 | $25 | $0 on 6/11/2021 |
| **May 2021** | $106 | $25 | $0 on 5/17/2021 |
| **Apr 2021** | $0 | $0 | $0 on 3/11/2021 |
| **Mar 2021** | $0 | $0 | $0 on 3/11/2021 |

*Handwritten notes: "Not Fixed After Dispute!! Inaccurate Payments Made See Pay chart"*

## Additional info

Between Mar 2021 and Jan 2023, your credit limit/high balance was $500

 **Contact Info**

 **Comment**    *Before*

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

Account closed at credit grantor's request.

**Previous:**

Account previously in dispute - investigation complete, reported by data furnisher    ← *Inaccurate/misleading*

Oct 2022 to Jan 2023, Jan 2022 to Aug 2022

 **Reinvestigation Info**

This item was updated from our processing of your dispute in Feb 2023.

 **Before your dispute**

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | CAPITAL ONE | Balance | $798 |
| Account Number | 480213XXXXXXXXXX | Balance Updated | 01/22/2023 |
| Account Type | Business Card | Recent Payment | $0 |
| Responsibility | Joint | Monthly Payment | $0 |
| Date Opened | 12/01/2020 | Original Balance | $500 |
| Status | Account charged off. $798 written off. $798 past due as of Jan 2023. | Highest Balance | $798 |
| | | Terms | - |
| Status Updated | 09/2022 | On Record Until | Dec 2028 |

**Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CO | — | — | — | — | — | — | — | — | — | — | — |
| 2022 | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | CO | CO | CO | CO |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | — | — | — | — | | | | | | | | ✓ |

 *see Balance History Paid on time Bal 480*

| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | | |

**Payment history guide**

Charge Off as of Jan 2023, Dec 2022, Nov 2022, Oct 2022, Sep 2022

150 days past due as of Aug 2022

120 days past due as of Jul 2022

90 days past due as of Jun 2022

60 days past due as of May 2022

30 days past due as of Apr 2022

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
| --- | --- | --- | --- |
| **Dec 2022** | $798 | $0 | $0 on 2/19/2022 |
| **Nov 2022** | $798 | $0 | $0 on 2/19/2022 |
| **Oct 2022** | $798 | $0 | $0 on 2/19/2022 |
| **Aug 2022** | $778 | $27 | $0 on 2/19/2022 |
| **Jul 2022** | $758 | $27 | $0 on 2/19/2022 |
| **Jun 2022** | $738 | $25 | $0 on 2/19/2022 |
| **May 2022** | $720 | $63 | $0 on 2/19/2022 |
| **Apr 2022** | $664 | $60 | $0 on 2/19/2022 |
| **Mar 2022** | $610 | $58 | $0 on 2/19/2022 |
| **Feb 2022** | $475 | $46 | $0 on 2/19/2022 |
| **Jan 2022** | $444 | $15 | $0 on 12/9/2021 |
| **Nov 2021** | $502 | $54 | $0 on 9/24/2021 |
| **Oct 2021** | $439 | $15 | $0 on 9/24/2021 |
| **Sep 2021** | $529 | $55 | $0 on 8/17/2021 |
| **Aug 2021** | $479 | $15 | $0 on 8/17/2021 |
| **Jul 2021** | $487 | $15 | $0 on 7/15/2021 |

*Exhibit B*
*BECon*

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jun 2021** | **$401** | **$15** | **$0 on 5/29/2021** |
| **May 2021** | **$72** | **$15** | **$0 on 4/29/2021** |
| **Apr 2021** | **$170** | **$15** | **$0 on 4/15/2021** |
| **Mar 2021** | **$215** | **$15** | **$0 on 3/19/2021** |
| **Feb 2021** | **$397** | **$15** | **$0 on 2/13/2021** |

*Inaccurate Paid but reflect no payment*

### Additional info

Between Feb 2021 and Dec 2022, your credit limit/high balance was $500



### Contact Info

Address

PO BOX 31293,
SALT LAKE CITY UT 84131

### Comment

**Current:**

Account previously in dispute - investigation complete, reported by data furnisher

Account closed at credit grantor's request.

**Previous:**

Account previously in dispute - investigation complete, reported by data furnisher

Oct 2022 to Dec 2022, Jan 2022 to Aug 2022



### Reinvestigation Info

This item was updated from our processing of your dispute in Feb 2022.

## CAPITAL ONE

Account • 517805XXXXXXXXXX



Updated

Experian

You can contact CAPITAL ONE at PO BOX 31293, SALT LAKE CITY , UT 84131 or (800) 955-7070

 **After your dispute**

*Exhibit B*

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | CAPITAL ONE | Balance | $798 |
| Account Number | 480213XXXXXXXXXX | Balance Updated | 02/17/2023 |
| Account Type | Business Card | Recent Payment | $0 |
| Responsibility | Joint | Monthly Payment | $0 |
| Date Opened | 12/01/2020 | Original Balance | $500 |
| Status | Account charged off. $798 written off. $798 past due as of Feb 2023. | Highest Balance | $798 |
| | | Terms | - |
| Status Updated | 09/2022 | On Record Until | Dec 2028 |

**$ Payment History**

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CO | CO | — | — | — | — | — | — | — | — | — | — |
| 2022 | ✓ | ✓ | ✓ | 30 | 60 | 90 | 120 | 150 | CO | CO | CO | CO |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | — | — | — | — | — | — | — | — | — | — | — | ✓ |

*Current but payments made not in balance history*

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | | |

**Payment history guide**

Charge Off as of Feb 2023, Jan 2023, Dec 2022, Nov 2022, Oct 2022, Sep 2022

150 days past due as of Aug 2022

120 days past due as of Jul 2022

90 days past due as of Jun 2022

60 days past due as of May 2022

30 days past due as of Apr 2022

 **Balance Histories**



| Date | Balance | Scheduled Payment | Paid |
|------|---------|-------------------|------|
| **Jan 2023** | $798 | $0 | $0 on 2/19/2022 |
| **Dec 2022** | $798 | $0 | $0 on 2/19/2022 |
| **Nov 2022** | $798 | $0 | $0 on 2/19/2022 |
| **Oct 2022** | $798 | $0 | $0 on 2/19/2022 |
| **Aug 2022** | $778 | $27 | $0 on 2/19/2022 |
| **Jul 2022** | $758 | $27 | $0 on 2/19/2022 |
| **Jun 2022** | $738 | $25 | $0 on 2/19/2022 |
| **May 2022** | $720 | $63 | $0 on 2/19/2022 |
| **Apr 2022** | $664 | $60 | $0 on 2/19/2022 |
| **Mar 2022** | $610 | $58 | $0 on 2/19/2022 |
| **Feb 2022** | $475 | $46 | $0 on 2/19/2022 |
| **Jan 2022** | $444 | $15 | $0 on 12/9/2021 |
| **Nov 2021** | $502 | $54 | $0 on 9/24/2021 |
| **Oct 2021** | $439 | $15 | $0 on 9/24/2021 |
| **Sep 2021** | $529 | $55 | $0 on 8/17/2021 |
| **Aug 2021** | $479 | $15 | $0 on 8/17/2021 |
| **Jul 2021** | $487 | $15 | $0 on 7/15/2021 |
| **Jun 2021** | $401 | $15 | $0 on 5/29/2021 |
| **May 2021** | $72 | $15 | $0 on 4/29/2021 |
| **Apr 2021** | $170 | $15 | $0 on 4/15/2021 |
| **Mar 2021** | $215 | $15 | $0 on 3/19/2021 |

### Additional info

Between Mar 2021 and Jan 2023, your credit limit/high balance was $500

### Contact Info



Address

**PO BOX 31293,**
**SALT LAKE CITY UT 84131**

| Date | Balance | Scheduled Payment | | Paid |
|------|---------|-------------------|--|------|
| **Mar 2021** | $0 | $0 | | **$0 on 2/13/2021** |

*BEFORE*

### Additional info

Between Apr 2021 and Jan 2023, your credit limit/high balance was $600

Between Mar 2021 and Mar 2021, your credit limit/high balance was $300



### Contact Info

Address      **PO BOX 31293,**
**SALT LAKE CITY UT 84131**



### Comment

## Current:

**Account previously in dispute - investigation complete, reported by data furnisher**

**Account closed at credit grantor's request.**

## Previous:

**Account previously in dispute - investigation complete, reported by data furnisher**

Jan 2022 to Jan 2023



### Reinvestigation Info

**This item was updated from our processing of your dispute in Feb 2023.**



## Before your dispute



### Account Info

| Account Name | CAPITAL ONE | Balance | $921 |
|--------------|-------------|---------|------|
| Account Number | 517805XXXXXXXXXX | Balance Updated | 01/23/2023 |
| Account Type | Credit card | Recent Payment | $0 |
| Responsibility | Individual | Monthly Payment | $0 |
| Date Opened | 09/05/2020 | Original Balance | $600 |
| Status | Account charged off. $921 written off. $921 past due as of Jan 2023. | Highest Balance | $921 |
| | | Terms | - |

| Status Updated | | On Record Until | |
|---|---|---|---|
| **10/2022** | | **Dec 2028** | |

## $ Payment History

Inaccurate

|      | J | F | M | A | M | J | J | A | S | O | N | D |
|------|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | CO | — | — | — | — | — | — | — | — | — | — | — |
| 2022 | ✓ | ✓ | ✓ | 30 | 30 | 60 | 90 | 120 | 150 | CO | CO | CO |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | |

| ✓ | Current / Terms met | 30 | Past due 30 days |
|---|---|---|---|
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | | |

**Payment history guide**

Charge Off as of Jan 2023, Dec 2022, Nov 2022, Oct 2022

150 days past due as of Sep 2022

120 days past due as of Aug 2022

90 days past due as of Jul 2022

60 days past due as of Jun 2022

30 days past due as of May 2022, Apr 2022

 ## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Dec 2022** | **$921** | **$0** | **$0 on 4/7/2022** |
| **Nov 2022** | **$921** | **$0** | **$0 on 4/7/2022** |
| **Oct 2022** | **$921** | **$0** | **$0 on 4/7/2022** |
| **Sep 2022** | **$898** | **$32** | **$0 on 4/7/2022** |
| **Aug 2022** | **$839** | **$31** | **$0 on 4/7/2022** |
| **Jul 2022** | **$819** | **$30** | **$0 on 4/7/2022** |
| **Jun 2022** | **$800** | **$29** | **$0 on 4/7/2022** |
| **May 2022** | **$781** | **$66** | **$0 on 4/7/2022** |
| **Apr 2022** | **$726** | **$66** | **$0 on 4/7/2022** |

| Date | Balance | Scheduled Payment | | Paid |
|------|---------|-------------------|---|------|
| **Mar 2022** | **$700** | **$48** | | $0 on 2/11/2022 |
| **Feb 2022** | **$597** | **$25** | | $0 on 2/11/2022 |
| **Jan 2022** | **$350** | **$25** | | $0 on 1/4/2022 |
| **Dec 2021** | **$588** | **$25** | | $0 on 11/15/2021 |
| **Nov 2021** | **$18** | **$18** | *InAccurate!* | $0 on 10/28/2021 |
| **Oct 2021** | **$555** | **$25** | *PAymen1s* | $0 on 9/30/2021 |
| **Sep 2021** | **$475** | **$25** | *MAde →* | $0 on 8/28/2021 |
| **Aug 2021** | **$606** | **$25** | *$O ReporTing!!* | $0 on 7/12/2021 |
| **Jul 2021** | **$576** | **$25** | *See pAy* | $0 on 6/11/2021 |
| **Jun 2021** | **$107** | **$25** | *C4cnt* | $0 on 6/1/2021 |
| **May 2021** | **$4** | **$4** | | $0 on 5/3/2021 |
| **Apr 2021** | **$9** | **$9** | | $0 on 4/1/2021 |
| **Mar 2021** | **$0** | **$0** | | $0 on 2/13/2021 |
| **Feb 2021** | **$115** | **$25** | | $0 on 1/18/2021 |

## Additional info

Between Apr 2021 and Dec 2022, your credit limit/high balance was $600

Between Feb 2021 and Mar 2021, your credit limit/high balance was $300



## Contact Info

Address

PO BOX 31293,
SALT LAKE CITY UT 84131



## Comment

### Current:

**Account previously in dispute - investigation complete, reported by
data furnisher**

**Account closed at credit grantor's request.**

### Previous:

## CAPITAL ONE

*Exhibit C    After*


Updated

Account • 517805XXXXXXXXXX

The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details.

You can contact CAPITAL ONE at PO BOX 31293, SALT LAKE CITY , UT 84131 or (800) 955-7070

 **After your dispute**

 **Account Info**

| | | | |
|---|---|---|---|
| Account Name | **CAPITAL ONE** | Balance | **$921** |
| Account Number | **517805XXXXXXXXXX** | Balance Updated | **02/17/2023** |
| Account Type | **Credit card** | Recent Payment | **$0** |
| Responsibility | **Individual** | Monthly Payment | **$0** |
| Date Opened | **09/05/2020** | Original Balance | **$600** |
| Status | **Account charged off. $921 written off. $921 past due as of Feb 2023.** | Highest Balance | **$921** |
| | | Terms | **-** |
| Status Updated | **10/2022** | On Record Until | **Dec 2028** |

### Payment History

*Still inaccurate    Not Fixed    No INV.*

| | J | F | M | A | M | J | J | A | S | O | N | D |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | **CO** | **CO** | — | — | ✓ | — | — | — | — | — | — | — |
| 2022 | ✓ | ✓ | ✓ | **30** | **30** | **60** | **90** | **120** | **150** | **CO** | **CO** | **CO** |
| 2021 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| 2020 | — | — | — | — | — | — | — | — | ✓ | ✓ | ✓ | |

| | | | |
|---|---|---|---|
| ✓ | Current / Terms met | 30 | Past due 30 days |
| 60 | Past due 60 days | 90 | Past due 90 days |
| 120 | Past due 120 days | 150 | Past due 150 days |
| CO | Charge off | | |

### Payment history guide

Charge Off as of Feb 2023, Jan 2023, Dec 2022, Nov 2022, Oct 2022

150 days past due as of Sep 2022

120 days past due as of Aug 2022

90 days past due as of Jul 2022

Ex4;b;+ 6

60 days past due as of Jun 2022

30 days past due as of May 2022, Apr 2022

 **Balance Histories**

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| **Jan 2023** | $921 | $0 | $0 on 4/7/2022 |
| **Dec 2022** | $921 | $0 | $0 on 4/7/2022 |
| **Nov 2022** | $921 | $0 | $0 on 4/7/2022 |
| **Oct 2022** | $921 | $0 | $0 on 4/7/2022 |
| **Sep 2022** | $898 | $32 | $0 on 4/7/2022 |
| **Aug 2022** | $839 | $31 | $0 on 4/7/2022 |
| **Jul 2022** | $819 | $30 | $0 on 4/7/2022 |
| **Jun 2022** | $800 | $29 | $0 on 4/7/2022 |
| **May 2022** | $781 | $66 | $0 on 4/7/2022 |
| **Apr 2022** | $726 | $66 | $0 on 4/7/2022 |
| **Mar 2022** | $700 | $48 | $0 on 2/11/2022 |
| **Feb 2022** | $597 | $25 | $0 on 2/11/2022 |
| **Jan 2022** | $350 | $25 | $0 on 1/4/2022 |
| **Dec 2021** | $588 | $25 | $0 on 11/15/2021 |
| **Nov 2021** | $18 | $18 | $0 on 10/28/2021 |
| **Oct 2021** | $555 | $25 | $0 on 9/30/2021 |
| **Sep 2021** | $475 | $25 | $0 on 8/28/2021 |
| **Aug 2021** | $606 | $25 | $0 on 7/12/2021 |
| **Jul 2021** | $576 | $25 | $0 on 6/11/2021 |
| **Jun 2021** | $107 | $25 | $0 on 6/1/2021 |
| **May 2021** | $4 | $4 | $0 on 5/3/2021 |
| **Apr 2021** | $9 | $9 | $0 on 4/1/2021 |

*[Handwritten annotations: "Inaccurate Still not Fixed After Dispute", "No Investigation was Done?"]*