HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

CHRISTOPHER C. JOHNSON,

    Plaintiff,

vs.

CAPITAL ONE USA, NA.,

    Defendant.

Case No.: 3:23-cv-05663-BHS

NOTICE OF SETTLEMENT

    The parties have agreed to settle all claims in this matter in principle; the parties are in the process of executing the settlement and release agreement. Any deadlines, trials, or hearings may be stricken from the Court's calendar. A Stipulated Order of Dismissal will be entered within the next thirty (30) days. To the extent additional time is needed, the parties will promptly notify the Court. This notice is being filed with the consent of all parties.

    DATED on this 14th day of September 2023.

By: s/ *Christopher C. Johnson*
Christopher C. Johnson Pro Se
5613 121st St. Ct.E #1
Puyallup, WA 98373
(206) 331-2202
cejay80@gmail.com
*Plaintiff Pro Se*

NOTICE OF SETTLEMENT – 1
CAUSE NO. 3:23-CV-05663-BHS

## CERTIFICATE OF SERVICE

I the undersigned declare as follows: On September 14, 2023, I served the foregoing document(s): NOTICE OF SETTLEMENT in the manner described below:

Andrew Belet
Legal Specialist Associate
andrew.belet@capitalone.com

☐ U.S. Mail, Postage Prepaid
☒ E-mail

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED: September 14, 2023

**Christopher C. Johnson, Plaintiff Pro Se**

By: */s/ Christopher C. Johnson*
    Christopher C. Johnson

NOTICE OF SETTLEMENT – 2
CAUSE NO. 3:23-CV-05663-BHS